IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI

EDWARD KOELLER, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff

vs.

PICNIC CORPORATION

    Defendant.

Case No. 23-cv-916

## NOTICE OF DISMISSAL WITH PREJUDICE

  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Edward Koeller ("Plaintiff") files this Notice that the claims asserted by Plaintiff on behalf of a putative class are hereby dismissed *without prejudice* and the claims asserted by Plaintiff in his individual capacity are dismissed *with prejudice*, with each party to bear their own costs and fees.

Dated: September 27, 2023      *Respectfully submitted,*

**So Ordered**
**Oct 2, 2023**

**PLAINTIFF**

By: */s/ Anthony I. Paronich*
  Anthony Paronich
  PARONICH LAW, P.C.
  350 Lincoln Street, Suite 2400
  Hingham, MA 02043
  Telephone: (617) 485-0018
  Facsimile: (508) 318-8100
  Email: anthony@paronichlaw.com